**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1064**

———————

ZAFAR KHAN,

Plaintiff - Appellant,

versus

POPEYES OF MARYLAND, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Alexander Harvey, II, Senior District Judge. (CA-01-1478-H)

———————

Submitted: May 16, 2002                Decided: May 22, 2002

———————

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Zafar Khan, Appellant Pro Se. Leonard Henry Pazulski, CHARLES E. CHLAN & ASSOCIATES, Columbia, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Zafar Khan appeals the district court's order granting summary judgment to the Appellee in his discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Khan v. Popeyes of Maryland, Inc., No. CA-01-1478-H (D. Md. Jan. 4, 2002). We deny Khan's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED